**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LISA AUDIT,

    Plaintiff,                                       Case No.: 1:25-cv-15548

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | xiaxianfuliangjianzhugongchengbu |
| 2 | Yiflin |
| 3 | dongguanshiyitefangzhipinyouxiangongsi |
| 4 | Shuangfeng County Zhenxian Trading Store Sole Proprietorship |
| 5 | ZHNEG |
| 6 | SuiHuaShiWeiHongWuYeGuanLiYouXianGongSi |
| 7 | VQGHSKV |
| 8 | Amagical |
| 9 | TIAN-yingA |
| 10 | guangzhoudishengshangmaoyouxiangongsi |
| 11 | Monamie Shop |
| 12 | ORCAE |
| 13 | yingqiang TangTang |
| 14 | Spring Story1 |
| 15 | GUANGHONGSHANGDIAN |
| 16 | TaoTao024 |
| 17 | 苍南县良悠工艺品有限公司 |
| 18 | ffahds |
| 19 | ZHUyi |
| 20 | BaiCheHuiQiCheXiaoShou |
| 21 | WuDu LLC |
| 22 | wanjishipinzhengzhouyouxian |

| 23 | wenzhouchuangleijianzhuzhuanghuangyouxiangongsi |
|---|---|
| 24 | FuZhiRong65 |
| 25 | CCHEWN |
| 26 | feichengshirunkezhuangshigongchengyouxiangongsi |
| 27 | 周游户外用品 |
| 28 | Luoyongww |
| 29 | jianhua8990 |
| 30 | yuxiqingyaodianzishangwuyouxiangongsi |
| 31 | 裙发科技店 |
| 32 | xiaosnan |
| 33 | ywyxgs |
| 34 | bingij |
| 35 | zzhir |
| 36 | Jinan Yeyin Trading Co., Ltd. |
| 37 | Galaxyprints |
| 38 | guangzhouzhangfutuomaoyishanghanggerenduzi |
| 39 | zuoqiangshangmao |
| 40 | wqybcv |
| 41 | SEMARY |
| 42 | Lancholy-US |
| 43 | CHENsj |
| 44 | Dazaro Store |
| 45 | LiWei2025 |
| 46 | ZhuZhouShiBeiHuQuYingJianShangMao |
| 47 | GuiZhouXiLiuShangMaoYouXianGongSi |
| 48 | ChenNaiYun2025 |
| 49 | JJIWE |
| 50 | GuangZhouZhongWuWangLuoKeJi18 |
| 51 | jjaisn |
| 52 | minfyy |
| 53 | YunNanRuiXiangShangMao |
| 54 | Gansu Yimeisheng Clothing Co., Ltd |
| 55 | zhaoruidanchengruifushi |
| 56 | ddongl |
| 57 | Fit Sew |
| 58 | CHEPIGN |
| 59 | AnYangFuKuoJianZhuLaoWuFenBao |
| 60 | ChenHongZhuangShiGongCheng |
| 61 | xuweilunboximaoyiy |

| 62 | lyxrrdq |
|---|---|
| 63 | Loc Chien Thang |
| 64 | QQRN |
| 65 | BBUAN |
| 66 | 金华市淑徽服饰有限公司 |
| 67 | linxuqiangart |
| 68 | PuYangCuiPingZhongZhiJia |
| 69 | BEEDEAL |
| 70 | WinnerFright |
| 71 | C.BlueSky |
| 72 | HeBiBaoYueJianCaiYouXianGongSi |
| 73 | 玖莎恒贸易 |
| 74 | OSAM SPACE |
| 75 | TUẤN HUY KUNGFU BANDA TORO KIRISHY SHOP8885555 |
| 76 | LLIANHH |
| 77 | ZhuZhouRongMinShangMaoYouXianGongSi |
| 78 | WOOHA STORE |
| 79 | Remenix |
| 80 | Luonos |
| 81 | ATLQ fashion |
| 82 | Amazon.com |
| 83 | zhongshanshishunjiuzhaomingkejiyouxiangongsi |
| 84 | wweiso |
| 85 | li fang Treasure poster shop |
| 86 | putianchengpudianzishangwuyouxiangongsi |
| 87 | shaoman 越渊 |
| 88 | Guangzhou Bangqun Trading Co., Ltd |
| 89 | shandonglaodifangjiangcunkaoyuyouxiangongsi |
| 90 | lingbos |
| 91 | MO FASAYEI |
| 92 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 93 | hungly |
| 94 | taiyuanshiwanbailinqulvrandianzishanghang |
| 95 | donghaoshangmao |
| 96 | jcwlkjgsuy |
| 97 | SIYECAOHH |
| 98 | JIANGKOMY |
| 99 | SuiZhouShiZengDuQuXuYuYuan |

| | |
|---|---|
| 100 | CHJ-SHOP-X |
| 101 | CHUNLINSHNAGDIAN |
| 102 | QUNNG |
| 103 | YuZhouShiWeiXuShangMaoYouXianGongSi |
| 104 | zll sp |
| 105 | Chenggao Hardware |
| 106 | Feng-stone |
| 107 | henanshengkujianzhuzhuangshi |
| 108 | HIAXI' |
| 109 | baoooll |
| 110 | tangyinxianboliyezhuangshizhuangxiu |
| 111 | AEFXH520C |
| 112 | Soussai235 |
| 113 | 鹏英服装商贸 |
| 114 | LiaoFan-US |
| 115 | Unclebird |
| 116 | MHJ shop |
| 117 | Nsehzlx |
| 118 | Yangita |
| 119 | jifurong |
| 120 | Zhao Mingjun |
| 121 | HuYiJie Store |
| 122 | King rain store |
| 123 | MR,ge |
| 124 | US Savvy Home Shop |
| 125 | Zhou Yingai |
| 126 | xinjujj |
| 127 | woyee |
| 128 | shanghairongjinchangfushiyou |
| 129 | Dongheng Wei |
| 130 | jiqi |
| 131 | Mr.Alex |
| 132 | caoloumaoyi |
| 133 | hefeimanxueshangmao |
| 134 | jingmenshinielunwang |
| 135 | wuhanshiluanjingyandianzishang |
| 136 | Jarunyopin |
| 137 | sdasdsqwf |
| 138 | ZJFMSHDKSSS |

| | |
|---|---|
| 139 | Nksudet |
| 140 | Liu rock Toys |
| 141 | jiejiekeji |
| 142 | XYJ Fahion Store |
| 143 | LUANXING |
| 144 | chenguanjianzhu |
| 145 | ROOMER |
| 146 | huangdiestore |
| 147 | Golden Column He Trade |
| 148 | TwodayDAY |
| 149 | Nook & Dash Store |
| 150 | jinanbaoshulinshangmao |
| 151 | Ailytec Inc |
| 152 | HuTiTianKe |
| 153 | Tbslaqlo |
| 154 | BALYUEE |
| 155 | Bosixty |
| 156 | GULA |
| 157 | guliustore |
| 158 | songheshop |
| 159 | YITUO |
| 160 | Cccanaooolceie |
| 161 | jingke-US |
| 162 | Lucky- |
| 163 | yilidawuliukeji |
| 164 | suna chen |
| 165 | MR Guang |
| 166 | longweida |
| 167 | Goods to the door.MQ |
| 168 | GGguanxuan |
| 169 | YUNLI Co.Ltd |
| 170 | Legxiet |
| 171 | Duanyou Store |
| 172 | liobersy |
| 173 | NUOyida |
| 174 | Juanioy |
| 175 | Yaaqii |
| 176 | Wodtesl |
| 177 | TAMOX |

| | |
|---|---|
| 178 | nuoyada |
| 179 | BeiXin |
| 180 | Walwish |
| 181 | weqwewe |