IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LISA AUDIT,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-15548

Judge Georgia N. Alexakis

Magistrate Judge Laura K. McNally

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|-----|-----------|
| 1   | weqwewe   |